# UNITED STATES DISTRICT COURT
## District of Kansas
(Kansas City Docket)

UNITED STATES OF AMERICA,

**Plaintiff,**

**v.**

**CASE NO.** 26-20041-HLT-JBW

JESSE WILLIAM LAWS,

**Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

### POSSESSION OF CHILD PORNOGRAPHY
### [18 U.S.C. § 2252A(a)(5)(B)]

On or between November 7, 2025 and November 10, 2025, in the District of

Kansas, the defendant,

**JESSE WILLIAM LAWS,**

having been previously convicted under 18 U.S.C. Chapter 110, including: Receipt of

Child Pornography, in violation of 18 U.S.C. § 2252(a)(2), and Possession of Child

Pornography, in violation of 18 U.S.C. § 2252(a)(4)(B), in the United States District Court

1

for the District of Montana, Case No. CR-05-00124 in 2006, and Possession of Child Pornography, in violation of 18 U.S.C. § 2252(a)(4)(B), in the United States District Court for the Western District of Missouri, Case No. 2:15-CR-04034 in 2017, did knowingly possess, and accessed with intent to view, material that contained one or more images of child pornography, as that term is defined in Title 18, United States Code, Section 2256(8)(A) and (B), including one or more images of a prepubescent minor or a minor who had not attained 12 years of age, that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

## FORFEITURE NOTICE

1.      The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, U.S.C. § 2253(a).

2.      Upon conviction of the offense set forth in Count 1, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2253(a), any and all property used or intended to be used in any manner or part to commit or to promote the commission of such offenses or any property traceable to such property, including but not limited to:

2

A.  a Samsung Galaxy A16 smartphone S/N: RZCY512AKGX


A TRUE BILL.


May 6, 2026                                    s/Foreperson
DATE                                    FOREPERSON OF THE GRAND JURY


RYAN A. KRIEGSHAUSER
UNITED STATES ATTORNEY


By: /s/ Audrey McCormick
Audrey McCormick
Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas  66101
Ph: (913) 551-6617
Email: Audrey.McCormick@usdoj.gov
Ks. S. Ct. No. 24847


IT IS REQUESTED THAT THE TRIAL BE HELD IN KANSAS CITY, KANSAS


3

# PENALTIES

**Count 1: Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B) and (b)(2)**

- Punishable by a term of imprisonment of not more than twenty (20) years. If such person has a prior conviction under section 1591, chapter 71, chapter 109A, chapter 110, or chapter 117, or under section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any state relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment or transportation of child pornography, or sex trafficking of children, the term of imprisonment shall be for not less than ten (10) years and not more than twenty (20) years. 18 U.S.C. § 2252A(b)(2)

- A term of supervised release of at least 5 years and no more than life. 18 U.S.C. § 3583(k).

- A fine not to exceed $250,000. 18 U.S.C. §3571(b)(3)

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- A $5000 JVTA assessment. 18 U.S.C. § 3014.

- A child pornography assessment of $17,000. 18 U.S.C. § 2259A(a).